# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SSL SERVICES, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>CISCO SYSTEMS, INC.,<br><br>      Defendant. | Case No. 2:15-cv-00433-JRG-RSP |

## SSL'S UNOPPOSED MOTION TO AMEND THE DEADLINE TO SUBMIT TECHNICAL TUTORIALS SET FORTH IN THE DOCKET CONTROL ORDER

Pursuant to the amended docket control order,[1] SSL respectfully moves the Court to amend the deadline for the parties' submission of technical tutorials, from January 6, 2016 to January 13, 2016.  In response to a request received from Cisco on August 12, 2015 to accommodate its counsel's schedule, SSL previously agreed to move the date of the claim construction hearing forward from the March 9, 2016 date included in the Court's Sample Docket Control Order distributed at the July 30, 2015 Scheduling Conference, to February 25, 2016, as is reflected in the Docket Control Order entered on August 17, 2015.  (*See* Dkt. No. 44). This change also moved the date for the technical tutorials forward three weeks from January 27, 2016 to January 6, 2016.  *Id*.  Scheduling conflicts and unexpected obligations for SSL's counsel have now arisen in other matters, necessitating this request to move the technical tutorial deadline back a single week.  All other deadlines set forth in the docket control order would remain unaffected by this change.  Cisco does not oppose SSL's motion.  Accordingly, there is

---

[1] *See* D.I. 44.

good cause for extending the deadline for the technical tutorial. SSL respectfully requests that the Court grants its motion.

Date: December 31, 2015

Respectfully submitted,

/s/ R. William Sigler
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler (*pro hac vice*)
*bill.sigler@fischllp.com*
Jennifer K. Robinson (*pro hac vice*)
*jennifer.robinson@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
(202) 362-3500

David M. Saunders (*pro hac vice*)
*david.saunders@fischllp.com*
S. Desmond Jui (*pro hac vice*)
*desmond.jui@fischllp.com*
FISCH SIGLER LLP
96 North Third Street
Suite 260
San Jose, CA 95112
(650) 362-8200

Harry "Gil" Gillam
*gil@gillamsmithlaw.com*
Melissa R. Smith
*melissa@gillamsmithlaw.com*
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-9257

*Attorneys for Plaintiff SSL Services, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Texas, Marshall Division, via the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

*/s/ R. William Sigler*
R. William Sigler

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), movant contacted counsel for Defendant and was informed that such counsel does not oppose the relief requested herein.

*/s/ R. William Sigler*
R. William Sigler
